FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 08 2009
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

CASE NO. _____

4:09CV00424 GTE/HDY

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Donnie Jay Qualls
ADC # _____

Address: 305 South Palm Little Rock AR 72205

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

This case assigned to District Judge Eisele
and to Magistrate Judge Young

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Arkansas State Hospital

Position: Mental Institution

Place of employment: Same

Address: 305 South Palm Little Rock AR 72205

Name of defendant: Oliver Wendel Hail III M.P.

Position: Director forensic unit psychiatrist

Place of employment: Arkansas State Hospital

Address: 305 South Palm Little Rock Ar 72205

Name of defendant: Linda Parker M.D.

Position: Section Chief Arkasas State Hospital

Place of employment: Arkansas State Hospital

Address: 305 South Palm Little Rock Ar 72205

Name of defendant: Jodi Ahrens

Position: Nurse

Place of employment: Ozark Counseling Services

Address: P.O. Box 1776 Mountain Home Ar 72654

II. Are you suing the defendants in:

- ☐ official capacity only
- ☒ personal capacity only
- ☐ both official and personal capacity

III. Previous lawsuits

A  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No _X_

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐  Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐  Court (if federal court, name the district; if state court, name the county):

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: _____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__X__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _X_  No ___

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes _X_  No ___

If not, why? _____

_____

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In May of 2005 Jodi Ahrens wrote a fictitious Report that the Deputy prosecutor used to commit me to the ASH. Dr Parker spouted off this same fiction on the Stand under oath. I complained about this for 3 years to Any and all Government Entitys. On Jan 17 I sent an email to the ASH Stating I was going to sue them. The Deputy prosecutor fabricated a Charge of Terroristic Threatened the State police. Dr Hall used this same fictitious Report and Email to Diagnose me IAm being mistreated by this Doctor Because I Reported Him to the medical Board and Psychiatric Society

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I want people fired loose licenses And Monetary Damages

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __4__ day of __June__, 20__09__.

_____
Donnie Qualls
Signature(s) of plaintiff(s)




**ARKANSAS DEPARTMENT OF HUMAN SERVICES**

**Division of Behavioral Health Services**
Arkansas State Hospital
305 S. Palm St. • Little Rock, AR 72205-4096
501-686-9000   TDD: 501-686-9176

FILED 2009 MAY 15 PM 1:05

"you listen to me I signed your you sent me to get my medical records they are mine if they are not here my the end of the week your ass will be mine I will sue you for every fucking dime you have. That cunt you have as a psychiatrist is a liar She was not as concerned as to my mental well being as you may think if she was she would have investigated what I said she should have called my mom and dad and asked if I lived in a shed in never have nor will I who the do you think you are I am not a liar what I said happened to me did happen if it didn't I would have said it you think I have no honor that I am just an ignorant fool. My family is if US FREIGHT I am from those who developed the Ida Red Apple and Holland Motor Express 250 million dollars I will turn against you if you do not do as I wish and you Will Know What it means to suffer your fucking with a cooper-nickel Pete nickel was my uncle he knew George hw Bush personally if I do not get what I requested you may wake one day and fine all you had gone"   —Donnie Qualls

---

This is the Email I sent No mention of ANY Employee of the Arkansas State police in this missive this was a Fabricated Charge To Stop a legal Action.

RG



# ARKANSAS STATE MEDICAL BOARD

2100 Riverfront Drive, Little Rock, Arkansas 72202 • (501) 296-1802 • FAX (501) 603-3555
www.armedicalboard.org

Peggy Pryor Cryer
Executive Secretary

**Board Members:**

Trent P. Pierce, M.D.
Chairman
West Memphis, AR

Joseph M. Beck, M.D.
Vice-Chairman
Little Rock, AR

Bob E. Cogburn, M.D.
Secretary
Mountain Home, AR

Mrs. Anne Britton
Treasurer
Fayetteville, AR

Omar T. Atiq, M.D.
Pine Bluff, AR

Harold B. Betton, M.D.
Little Rock, AR

Jim C. Citty, M.D.
Searcy, AR

William F. Dudding, M.D.
Fort Smith, AR

Roger Harmon, P.D.
Jonesboro, AR

Patty Pettway, D.O.
Booneville, AR

Douglas F. Smart, M.D.
Little Rock, AR

John B. Weiss, M.D.
Fayetteville, AR

**Legal Counsel:**

William H. Trice, III
211 Spring Street
Little Rock, AR 72201
(501) 372-4144

April 29, 2009

Donnie Qualls
305 S. Palm
Little Rock, AR 72205

Re: Oliver Wendell Hall, III, M.D.

Dear Mr. Qualls:

The Arkansas State Medical Board is in receipt of your letter of complaint concerning the above-mentioned physician. A copy of your letter has been forwarded to this physician for his written response. When it is received, both your complaint and the physician's response will be presented to the Board at its next regularly scheduled meeting.

The fact that you have registered a complaint indicates you wish for action to be taken against the physician, however it is important that you know that although you may have a valid complaint, it must fall within the guidelines set out by state law for the Board to take action. A portion of the law, Arkansas Statute 17-95-409 outlining the reasons action can be taken is enclosed for your convenience.

Regardless of the ultimate conclusion, your complaint and any rebuttal you might want to submit will be maintained in the physician's licensure file and referenced should further complaints against the physician arise in the future.

Just as you received this letter, you will be notified when we receive the physician's response to your complaint and again when the Board has rendered a decision.

We are hopeful that this letter will provide you with information on how the process works and the guidelines the Board must follow in order to take action.

Sincerely,

Peggy Pryor Cryer
Executive Secretary

PPC/ble

Enclosure

*This agency does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employment or the provision of service.*



# ARKANSAS STATE MEDICAL BOARD

2100 Riverfront Drive, Little Rock, Arkansas 72202 • (501) 296-1802 • FAX (501) 603-3555
www.armedicalboard.org

Peggy Pryor Cryer
Executive Secretary

**Board Members:**

Trent P. Pierce, M.D.
Chairman
West Memphis, AR

Joseph M. Beck, M.D.
Vice-Chairman
Little Rock, AR

Bob E. Cogburn, M.D.
Secretary
Mountain Home, AR

Mrs. Anne Britton
Treasurer
Fayetteville, AR

Omar T. Atiq, M.D.
Pine Bluff, AR

Harold B. Betton, M.D.
Little Rock, AR

Jim C. Citty, M.D.
Searcy, AR

William F. Dudding, M.D.
Fort Smith, AR

Roger Harmon, P.D.
Jonesboro, AR

Patty Pettway, D.O.
Booneville, AR

Douglas F. Smart, M.D.
Little Rock, AR

John B. Weiss, M.D.
Fayetteville, AR

**Legal Counsel:**

William H. Trice, III
211 Spring Street
Little Rock, AR 72201
(501) 372-4144

May 20, 2009

Donnie Qualls
305 S. Palm
Little Rock, AR 72205

Re: Oliver Wendell Hall, III, M.D.

Dear Mr. Qualls:

This is to inform you that we have received the physician's response to your complaint. It will be copied and presented to the Medical Board at their June 4-5, 2009 meeting.

Within about two weeks following that meeting you will be notified of the Board's ruling to your complaint.

If we may be of further assistance, please advise.

Sincerely,

Brenda Engelhoven

Brenda Engelhoven
Administrative Assistant

*This agency does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employment or the provision of service.*

# AFFIDAVIT

I affirm and swear the facts as stated here are true to the best of my knowledge.

My son, Donnie Jay Qualls was admitted to the Arkansas State Hospital on May 25, 2005 and discharged on June 9, 2005.

His diagnosis was psychotic. He was prescribed the drug Risperdal and Zyprexa. On his discharge, he was a zombie. He was a creative and musical person when he went into the hospital, and when he came out he paced the floor, and no longer painted or played music.

Jodi Ahrens stated that Donnie lived in a shed, and was unkempt. Donnie may not have had a shower that day, but when he was arrested, at 9:00 in the evening, he was already in bed, therefore, he would have had an unkempt appearance. He has never lived in a shed, however he did do his artwork in the shed. He has a room in our house, where he lives.

I certify under the penalty of perjury that all the foregoing is true and correct.

Executed this 7th day of May, 2008

*Kathryn B. Qualls*

Kathryn B. Qualls

SUBSCRIBED AND SWORN BEFORE ME, a Notary Public in and for said

State/Commonwealth and County, this 14th day of May 2008

by the above signatory who represented that he/she/they have executed

the foregoing instrument of his/her/their own free will.

*Rhonda Smith*