## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### LITTLE ROCK DIVISION

DONNIE JAY QUALLS                                                                                    PLAINTIFF

V.                                            NO: 4:09CV00424 GTE

ARKANSAS STATE HOSPITAL *et al.*                                                      DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this  3rd   day of August, 2009.


/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE